

April 17, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to June 18, 2020 at 3:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 17, 2020

Re:   *United States vs. Rashid Mahmood*, 18 Cr. 816 (RA)

Dear Judge Abrams:

    We represent Defendant Rashid Mahmood in the above-captioned matter. We respectfully write to request that sentencing in this matter (which is currently scheduled for May 1, 2020) be adjourned until June 18, 2020. June 18 is the current date of Mr. Mahmood's co-defendant's sentencing hearing, which the Court adjourned in light of the ongoing pandemic. ECF No. 29. We were able to attend Mr. Mahmood's interview with the Probation Office prior to the MCC's closure. However, due to the current restrictions on visitation at MCC and limitations on teleconferencing with inmates, we have not yet been able to review the information contained in Mr. Mahmood's draft Presentence Report with him. The Government does not oppose this request.

Respectfully submitted,

/s/ Sabina Mariella
John Zach
Sabina Mariella

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com